UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Z PRODUCTIONS, D/B/A
GLOBAL INTERNET CORPORATION, A/K/A
THE CAMGUYS.COM

    Plaintiff,

v.                                                   CASE NO.: 8:10-cv-966-T-23MAP

SNR PRODUCTIONS, INC., and
STEPHEN N. RANIERI,

    Defendant.
_____/

**ORDER**

The plaintiff alleges unfair business practices in the operation of a "camguys" website.  Stephen Ranieri moves to dismiss for lack of personal jurisdiction.  (Doc. 10) Magistrate Judge Pizzo issues a report recommending dismissal of Mr. Ranieri.  (Doc. 28)  The plaintiff interposes no objection, and the time for objecting has expired. The report and recommendation (Doc. 28) is **ADOPTED**, the motion (Doc. 10) is **GRANTED**, and Stephen Ranieri is **DISMISSED** for lack of personal jurisdiction.

    ORDERED in Tampa, Florida, on December 6, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE