UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Z PRODUCTIONS, INC.,

    Plaintiff,

v.                                            CASE NO. 8:10-cv-966-T-23MAP

SNR PRODUCTIONS, INC.,

    Defendant.
_____/

**ORDER**

      The parties dispute the plaintiff's trademark, "The Cam Guys." The plaintiff sues the defendant for diluting the mark, for competing unfairly, and for cybersquatting. The defendant denies each claim, seeks cancellation of the mark and a declaratory judgment, and counter-sues for tortious interference. The defendant moves (Doc. 33) for summary judgment, which an order (Doc. 40) refers to Magistrate Judge Pizzo for a report and recommendation. On August 18, 2011, Magistrate Judge Pizzo issued a report (Doc. 52) that recommends summary judgment against each of the plaintiff's claims, cancellation of the plaintiff's mark, and a declaratory judgment that the defendant may rightfully use the term "cam guys." The report recommends denial of summary judgment for the defendant's tortious interference claims.

      The parties jointly move (Doc. 55) "to remove [the] case from [the] trial calendar." The motion informs that the plaintiff "does not intend to object to the Report and

Recommendation and [that] the parties do not object to the Court's entry of an order adopting the report and recommendation." (Doc. 55 at 2)  The motion states also that "[i]f the Court adopts the Report and Recommendation, [the defendant] intends to voluntarily dismiss its two remaining tortious interference claims." (Doc. 55 at 2)

Careful consideration shows that Magistrate Judge Pizzo's report and recommendation is thorough and proper.  The report and recommendation (Doc. 52) is **ADOPTED**.  The defendant's motion for summary judgment against each of the plaintiff's claims is **GRANTED**.  The defendant's trademark, United States Trademark Registration No. 3,736,771, for "The Cam Guys" is **CANCELLED**; therefore, the defendant's use of the term "cam guys" does not infringe the plaintiff's former mark.  The defendant's motion for summary judgment on each tortious interference claim is **DENIED**.  The order (Doc. 54) scheduling the action for a trial to commence in September, 2011, is **VACATED**.

ORDERED in Tampa, Florida, on August 25, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE